UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-8632-DMG (AFMx) | Date | April 8, 2022 |

| | |
|---|---|
| Title | *Jacob Schumacher v. Georgia Pacific Corrugated, LLC* |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Shunt Tatavos-Gharajeh - VTC | Evan R. Moses - VTC |

**Proceedings: PLAINTIFFS' MOTION FOR ATTORNEY FEE AWARD, COST AWARD, ADMINISTRATION COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENTS [58]**

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [60]**

The cause is called and counsel state their appearance. The hearing is held via videoconference. The Court hears from Plaintiff on the motion for attorney fee award.

The Court GRANTS Plaintiffs' motion for final approval of class action settlement [Doc. # 60] and GRANTS IN PART Plaintiffs' motion for attorney fee award, cost award, administration costs, and class representative enhancement payments [Doc. # 58] for the reasons stated on the record. A written order and judgment will issue.

:10