JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SCHUMACHER, GENARO VERGARA, and DONALD GIBSON, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGIA-PACIFIC CORRUGATED LLC, a Delaware Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 19-8632-DMG (AFMx)<br><br>**JUDGMENT** |

In light of this Court's Order granting final approval of the Settlement in this action, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the claims of the Class Members asserted in this proceeding and over all Parties to this case.

2. The Court hereby enters final judgment in this case in accordance with terms of the Joint Stipulation of Class Action and PAGA Settlement ("Settlement"), and the order granting final approval of class action settlement. The terms of the order granting final approval are incorporated herein.

3. As of the Effective Final Settlement Date and upon fully funding the Settlement consistent with sections I.R. and III.I.2. of the Settlement, Plaintiffs/Class Representatives and Class Members shall have, by operation of the order granting final approval and this Judgment, fully, finally, and forever released, relinquished, and discharged the Released Parties from the Released Claims and Plaintiffs' general release of claims as those terms that are respectively defined in the Settlement, and are hereby forever barred and enjoined from prosecuting such released claims against the Released Parties.

4. There have been no objections to the Settlement, and no Class Members have requested to be excluded from the Settlement.

//
//
//

5. Without affecting the finality of the order granting final approval and/or this Judgment, the Court reserves exclusive and continuing jurisdiction over this case, Plaintiffs, Class Members, and Defendant for the purposes of supervising the implementation, enforcement, construction, and interpretation of the Settlement, the order granting final approval, and the Judgment.

IT IS SO ORDERED.

DATED: April 8, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE